UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>JOHN ANDREW CORDOVA,<br><br>Movant. | No.  2:95-cr-0326-WBS-CMK<br>        2:14-cv-0574-WBS-CMK<br><br><br>**ORDER** |

Movant, a federal prisoner proceeding pro se, brings this motion to vacate, set aside or correct a criminal judgment pursuant to 28 U.S.C. § 2255.  This matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 4, 2014, the Magistrate Judge filed findings and recommendations herein in which the Magistrate Judge recommended that the motion be summarily dismissed upon the ground, among others, that the motion is barred by the one year statute of limitations.  Because the Ninth Circuit discourages dismissal of a § 2255 petition on that ground without giving the defendant an opportunity to present his position on the timeliness of his motion, see United States v. Mallory, No. 2:90-cr-00090-EJG (Docket No 78), the United States Attorney is hereby ordered to file a response to defendant's motion by January 6, 2015, addressing the timeliness of the motion and any other defenses the United States Attorney deems applicable; defendant may file a reply by January 30, 2015; and the court will then take the matter under submission.

1    IT IS SO ORDERED.

2  Dated:  November 24, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE