UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Respondent,<br><br>　　v.<br><br>JOHN ANDREW CORDOVA,<br><br>　　　　Movant. | No. 2:95-cr-0326 WBS-CMK<br><br>No. 2:14-cv-0574 WBS-CMK<br><br>**ORDER** |

----oo0oo----

Movant brings this motion to vacate, set aside or correct a criminal judgment pursuant to 28 U.S.C. § 2255. The Amended Judgment in this criminal case was entered on August 29, 1996, and no direct appeal was taken. Unless tolled, therefore, the one year statute of limitations of § 2255(f) bars the instant motion. Movant, given the opportunity to explain his delay in the form provided for his motion, and again by response to the government's motion to dismiss, has suggested no basis for tolling.

1

1      IT IS THEREFORE ORDERED that movant's motion for relief
2 under 28 U.S.C. § 2255 be, and the same hereby is, DENIED.
3      The court declines to issue a certificate of
4 appealability.
5 Dated:  February 18, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2