BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
richard.bender@usdoj.gov
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ANDREW CORDOVA,<br><br>Defendant. | CASE NO. 2:95-CR-0326-WBS<br><br>**AMENDED ORDER DIRECTING HOSPITALIZATION OF DEFENDANT FOR EVALUATION PURSUANT TO 18 U.S.C. §§ 4241(B)** |

      The Court held a hearing on August 3, 2015, to determine whether the defendant would admit or deny the allegations in the Petition for Violation of the Defendant's Term of Supervised Release. Assistant Federal Public Defender Michael Petrik was present and represented Defendant. Assistant U.S Attorney Samuel Wong was present and represented the United States. During the in-court discussion with Defendant, the Court observed that the defendant might not be mentally competent to answer the pending charges. Defense counsel orally moved for psychological evaluation of Defendant to determine whether Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

      Based upon the Unopposed Oral Motion to Determine Mental Competency of Defendant Under 18 U.S.C. § 4241(b), and good cause appearing, IT IS HEREBY ORDERED that the Oral Motion to Determine Mental Competency under 18 U.S.C. § 4241(b) and §§ 4247(b) & (c) is GRANTED. John Andrew Cordova shall undergo a psychological evaluation at a facility designated

1

1  by the Federal Bureau of Prisons.  To the extent practicable, the Court recommends that the BOP
2  conduct this evaluation at a location on the West Coast.
3      The October 5, 2015 Status Conference date is CONTINUED to **November 2, 2015 at**
4  **9:30 a.m.**

6  Dated:  August 24, 2015

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2