BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CORDOVA,<br><br>Defendants. | CASE NO. 2:95-CR-0326 WBS<br><br>STIPULATION AND (proposed) ORDER GRANTING AN ADDITIONAL 120 DAYS TO COMPLETE MENTAL HEALTH TREATMENT |

On October 28, 2015, the defendant has been committed to the custody of the Attorney General for 120 days of mental health treatment pursuant to 18 U.S.C. § 4241(d) to determine whether he could be rendered competent to answer to a pending term of supervised release violation petition, filed July 24, 2015. A report dated February 19, 2016, prepared by a clinical psychologist at the U.S. Medical Center for Federal Prisoners at Springfield, Missouri (BOP Springfield) has indicated that Mr. Cordova has made some progress during his hospitalization yet still continues to exhibit deficits in essential abilities. The Warden at BOP Springfield has requested at additional 120 days for ongoing competency restoration treatment.

For the reasons stated in the psychologist's report, counsel for both parties support the requested extension, ask that it be granted and that the 120 days be measured from the date of this order.

//

//

//

[Stipulation and Order Concerning Extension of Time to Conduct Mental Health Treatment (p. 2)]

Dated:  March 11, 2016

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ RICHARD J. BENDER
RICHARD J. BENDER
Assistant United States Attorney

Dated:  March 11, 2016

MICHAEL PETRIK (by RJB)
MICHAEL PETRIK

IT IS SO ORDERED

Dated:  March 11, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE