BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:95-CR-0326 WBS |
|---|---|
| Plaintiff, | STIPULATION AND (proposed) ORDER GRANTING AN ADDITIONAL 30 DAYS TO COMPLETE MENTAL HEALTH TREATMENT |
| v. | |
| JOHN CORDOVA, | |
| Defendants. | |

On March 11, 2016, the Court granted a request by counsel for both parties that defendant Cordova, be committed competency restoration treatment for an additional 120 days.  A new treating psychologist has communicated with the parties that he will need an additional 30 days to complete his report and that he estimates that he is going to continue to find defendant Cordova incompetent to answer the pending TSR violation charges and that he also anticipates that he will probably conclude that, at this point, it is unlikely that defendant Cordova can be restored to competency.  However, this proceeding cannot move forward until the report is received.[1]

The parties agree and request that the Court approve a 30-day extension of time, until August 11, 2016, for the Springfield Medical Center to issue its report concerning the results of the attempt to

---

[1] Assuming that the Bureau of Prisons medical staff issues a report finding as described above, and assuming that counsel for the parties, and the Court, concur in that finding, it will then be necessary to have a risk assessment performed pursuant to 18 U.S.C. § 4246 before the Court must determine whether the defendant should be committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4246(d).  However, this process must proceed one step at a time.

STIPULATION AND ORDER re EXTENSION OF TIME TO
CONDUCT MENTAL HEALTH TREATMENT

1

[Stipulation and Order Concerning Extension of Time to Conduct Mental Health Treatment (p. 2)]

restore defendant Cordova's competency.

Dated: July 28, 2016

                                                            BENJAMIN B. WAGNER
                                                            United States Attorney

                                      By:  /s/ RICHARD J. BENDER
                                                    RICHARD J. BENDER
                                                    Assistant United States Attorney

Dated: July 28, 2016                        MICHAEL PETRIK (by RJB)
                                                    MICHAEL PETRIK

IT IS SO ORDERED

Dated: July 28, 2016

                                                            WILLIAM B. SHUBB
                                                            UNITED STATES DISTRICT JUDGE