UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
SEP 19 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  CR  S-95-0326-01 WBS |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| **JOHN ANDREW CORDOVA,** ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **John Andrew Cordova** Case  CR S-95-0326-01   WBS from custody for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    __  Unsecured bond

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    **X**  (Other)_____ Defendant was sentenced to a term of TIME SERVED. **DEFENDANT IS NOT TO BE RELEASED FROM THE US MARSHAL'S CUSTODY UNTIL WEDNESDAY, SEPTEMBER 21, 2016, AND DIRECTLY TO THE CUSTODY OF THE US PROBATION OFFICER, GLENN SIMON.**

Issued at  Sacramento, CA  on  September 19, 2016   at  11:00  a.m.  .

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing