1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   Case No. 95-326 WBS
                                     )
11                  Plaintiff,       )   STIPULATION AND [~~PROPOSED~~] ORDER
                                     )   TO CONTINUE ADMIT/DENT TO
12        v.                         )   DECEMBER 19, 2016, AT 9:00 A.M.
                                     )
13  JOHN ANDREW CORDOVA,             )   Date:   November 28, 2016
                                     )   Time:   9:00 a.m.
14                  Defendant.       )   Judge:  Honorable William B. Shubb
                                     )
15  _____ )

16        The parties stipulate, through respective counsel, that the Court should continue the

17  admit/deny hearing set on November 28, 2016, at 9:00 a.m., to December 19, 2016, at 9:00 a.m.

18        Defense counsel requires additional time to meet with Mr. Cordova, and to prepare for

19  the admit/deny hearing.  Defense counsel anticipates that Mr. Cordova will enter an admission

20  on December 19, 2016.  Defense counsel has conferred with Mr. Cordova about this

21  continuance, and Mr. Cordova agrees to it.

22        The Court need not find excludable time under the Speedy Trial Act because it does not

23  apply to revocation of supervised release proceedings.

24  DATED: November 23, 2016              Respectfully submitted,

25                                        HEATHER E. WILLIAMS
26                                        Federal Defender

27                                        /s/ M.Petrik_____
                                          MICHAEL PETRIK, Jr.
28                                        Assistant Federal Defender

DATED: November 23, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ M.Petrik for
JAMES CONOLLY
Assistant U.S. Attorney

# O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant.

The Court orders the status conference rescheduled for December 19, 2016, at 9:00 a.m.

Dated:  November 23, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE