UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN ANDREW CORDOVA,<br><br>    Defendant. | No.  2:95-cr-0326 WBS<br><br><br>**ORDER** |

----oo0oo----

      Because of a lack of mutual respect between the presently assigned judge and defense counsel, the undersigned judge withdraws from further involvement in this case and refers the matter to the Chief Judge for reassignment to another judge for all future proceedings.  The matter is dropped from this court's calendar of January 30, 2017, subject to being reset at the convenience of the judge to whom the case is reassigned.

      IT IS SO ORDERED

Dated:  January 25, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1